IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-183-D

SOUTHLAND NATIONAL )
INSURANCE CORPORATION, )
 )
        Plaintiff, )
 )
v. ) **ORDER**
 )
STANDARD FINANCIAL LIMITED, )
 )
        Defendant. )

For the reasons stated in this court's order at [D.E. 17] in case number 5:23-CV-181, the court DENIES defendant's motion to dismiss [D.E. 8].

SO ORDERED. This 14 day of June, 2023.

                                              JAMES C. DEVER III
                                              United States District Judge