IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:23-CV-183-D-RJ

| | |
|---|---|
| SOUTHLAND NATIONAL INSURANCE CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| STANDARD FINANCIAL LIMITED, | )<br>)<br>) |
| Defendant. | ) |

This matter is before the Court upon Plaintiff Southland National Insurance Corporation's ("SNIC") Consent Motion to Stay and Alternative Motion to Continue Deadlines.

For good cause shown, it is ORDERED that SNIC's Consent Motion to Stay is hereby GRANTED. All proceedings in the above-captioned case shall be stayed until this Court resolves the cross motions for summary judgment in the related, consolidated matters also pending before this Court in *Colorado Bankers Life Ins. Co. v. Acad. Fin. Assets, LLC*, 5:20-CV-474-D (E.D.N.C.).

SNIC's Alternative Consent Motion to Continue Deadlines is hereby DENIED AS MOOT.

SO ORDERED. This the 17 day of June, 2024.

                                              JAMES C. DEVER III
                                              United States District Judge